EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re | 2011 TSPR 94 |
| | |
| Luis Felipe Santiago Martínez | 182 DPR ____ |

Número del Caso: TS-6742

Fecha: 20 de junio de 2011

Abogado de la Parte Peticionaria:

        Por derecho propio

Materia: Reinstalación al Ejercicio de la Abogacía y la Notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Luis Felipe Santiago Martínez                    TS-6742

RESOLUCIÓN

En San Juan, Puerto Rico, a 20 de junio de 2011.

Examinada la *Petición de Reinstalación* presentada por el peticionario, se reinstala al señor Luis Felipe Santiago Martínez al ejercicio de la abogacía y la notaría.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Kolthoff Caraballo está inhibido.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo